# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEJANDRO GARCIA, : <br> : <br> Petitioner, :    Civ. No. 16-0840 (KM) <br> : <br> v. : <br> : <br> OSCAR AVILES, :    **MEMORANDUM AND ORDER** <br> : <br> Respondent. : <br> : | |

The petitioner, Alejandro Garcia, is an immigration detainee currently detained at the Hudson County Correctional Facility in Kearny, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not paid the $5.00 filing fee, nor has he submitted an application to proceed *in forma pauperis*. Accordingly, the Clerk will be ordered to administratively terminate this case.

Therefore, IT IS this 23d day of February, 2016,

ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either a complete and signed *in forma pauperis* application or the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a non-prisoner (AO 239) to petitioner by regular U.S. mail.

/s/ Kevin McNulty<br>
KEVIN MCNULTY<br>
United States District Judge